John W. Harris (SBN 66130)
Herbert Hayden (SBN 248282)
**HARRIS & HAYDEN**
865 South Figueroa Street, Suite 2750
Los Angeles, CA 90017
Tel: (213) 489-9833
Email: *john@harrishayden.com*
　　　*herbert@harrishayden.com*

Attorneys for Plaintiffs,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYONTE VIRGIL, <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF RIVERSIDE; CHAD BIANCO, individually, HAROLD REED, individually; DEPUTY AMIR KHODR, individually; DEPUTY MICHAEL MONTEON, individually; DEPUTY JAMES PARKS, individually; and CORRECTIONAL SGT. BRIAN KELLY, individually; and DOES 5 through 50, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-01804-JGB (KK) <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff BRYONTE VIRGIL, and Defendants THE COUNTY OF RIVERSIDE; DEPUTY AMIR KHODR, individually; DEPUTY MICHAEL MONTEON, individually; and DEPUTY JAMES PARKS, individually; and DOES 5 through 50, inclusive through their counsel, submit the following Notice of Settlement:

The parties, through their counsel of record have tentatively agreed to settle this matter in its entirety subject to the anticipated approval by the Riverside County Board of Supervisors of this settlement in closed session.  That settlement process is expected to take up to 90 days before closing documents have been exchanged and the settlement payment has been made.

Accordingly, the parties stipulate and request that all current dates with this Court, including Pretrial Conference and Trial, be vacated, and that an Order to Show Cause re: dismissal issue from the Court, to be set for hearing on any day on or after October 27, 2022.

IT IS SO STIPULATED.

DATED: August 2, 2022                    */s/ Herbert Hayden*
                                          HERBERT HAYDEN

DATED: August 2, 2022                    */s/ Bruce Disenhouse*
                                          BRUCE DISENHOUSE

# PROOF OF SERVICE

STATE OF CALIFORNIA)

COUNTY OF LOS ANGELES

I, MARIA ROMO declare that:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, Suite 2750, Los Angeles, CA 90017.

On **August 2, 2022**, I served the foregoing document, described **NOTICE OF CONDITIONAL SETTLEMENT** on the interested parties in this action by email.

| | |
|---|---|
| Bruce E. Disenhouse<br>**Disenhouse Law APC**<br>Mission Lake Center<br>3600 Lime Street, Ste. 522<br>Riverside, California, 92501<br>Email: Bruce@disenhouselaw.net | Attorneys to Defendants. |

**X** **BY E-MAIL**: I caused the above-described document(s) to be transmitted to the offices of the interested parties at the e-mail addresses indicated.

Executed on **August 2, 2022**, at Los Angeles, California.

*/s/ Maria Romo*
Maria Romo