# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYONTE VIRGIL, | CASE NO.: 5:20-cv-01804-JGB-KKx |
| Plaintiff, | *Hon. Jesus G. Bernal* |
| v. | ORDER OF DISMISSAL [F.R.C.P. 41(a)(2)] |
| COUNTY OF RIVERSIDE, CHAD BIANCO, individually, HAROLD REED, individually, and DOES 1-50, Inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Date: October 28, 2022

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE